■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSALBA ORTIZ, Appellant. [28 NYS3d 601]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rene K. Uviller, J.), rendered March 27, 2013, said appeal having been argued by counsel for the respective parties, due deliberation

having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.